In the United States Bankruptcy Court
Southern District of Texas
Houston Division

In Re: David Salinas Soliz
      Leticia Soliz
      16 Foster Court
      Sugarland, Tx  77479
Debtor(s)

Case Number: 18-32725-H5-13

Chapter 13

### TRUSTEE'S CERTIFICATION OF NON-COMPLIANCE

I, William E. Heitkamp, Trustee, do hereby certify that the Debtor(s) herein have failed to comply with the Courtroom minutes dated Wednesday, May 22, 2019, and that entry of an order dismissing the case is requested.

Dated: 6/17/2019

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions ID No. 3857
9821 Katy Freeway, Suite 590
Houston, Tx  77024
(713) 722-1200

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Certification of Non-Compliance has been served upon the Debtor's Attorney via ECF and the Debtor(s) via first class mail on 6/17/2019.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee